# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DAVID BAILEY,**

    **Plaintiff,**

v.

**STONE-MART MARBLE & TRAVERTINE GROUP, LLC,**
**a Florida limited liability company,**

    **Defendant.**

_____/

Case No.:

State Court Case No: 17-CA-002652
Division: K

## DEFENDANT'S NOTICE OF FILING REMOVAL

Defendant, STONE-MART MARBLE & TRAVERTINE GROUP, LLC ("Defendant"), a Florida limited liability company, hereby gives notice of its filing of a Notice of Removal in the above-styled case from the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, to this Court. Removal is proper on the following grounds:

1. Plaintiff, David Bailey ("Plaintiff"), initially filed a Complaint in the Circuit Court of the Thirteenth Judicial Circuit, for Hillsborough County, Florida on March 21, 2017. The Clerk of Court assigned case number 17-CA-002652, Division K, to this action.

2. Plaintiff served Defendant with the Complaint and summons on April 5, 2017.

3. Removal of this action is proper under 28 U.S.C. § 1441, which permits removal of "[a]ny civil action of which the district courts have original jurisdiction."

4. Plaintiff's Complaint alleges that Defendant violated the Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq.*, specifically, Plaintiff alleges a claim for retaliation, which is a federal question.

5. This Court has original jurisdiction of claims based on a federal question. See 28 U.S.C. § 1331.

6. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed timely within the required thirty (30) day period, as Plaintiff served Defendant with the Complaint and related summons on April 5, 2017.

7. Venue is proper in this Court under 28 U.S.C. § 1391(b).

8. Defendant has filed a true and correct copy of the record with the Thirteenth Judicial Circuit court simultaneously with this Notice of Removal, with the exception of the Affidavit of Service, which was not available for download at the time of the filing.

9. For the foregoing reasons, Defendant respectfully requests that this Court assume jurisdiction of this civil action, and enter such orders as may be necessary to accomplish the requested removal.

Respectfully submitted on April 25, 2017,

/s/ Kimberly Isner Monticello
KIMBERLY ISNER MONTICELLO
Florida Bar No.: 056069
Trial Counsel
Monticello Law Firm, PA.
2202 N. Westshore Blvd., Suite 200
Tampa, Florida 33607
Telephone: (813) 367-3677
Facsimile: (855) 767-5734
kmonticello@monticellolawfirm.com
Attorney for Defendant
Stone-Mart Marble & Travertine Group, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 25, 2017, I served the upon the clerk of court and to the following via CM/ECF and also via email to the following:

Christopher J. Saba
Wenzel, Fenton, Cabassa, P.A.
1110 North Florida Avenue
Suite 300
Tampa, Florida 33602

/s/ Kimberly Isner Monticello
Attorney