# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**

First Listed Plaintiff:
David Bailey ;
**County of Residence:** Polk County

**Defendant(s):**

First Listed Defendant:
Stone-Mart Marble & Travertine Group, LLC ;
**County of Residence:** Hillsborough County

**County Where Claim For Relief Arose:** Hillsborough County

**Plaintiff's Attorney(s):**

Christoper J. Saba (David Bailey)
Wenzel Fenton Cabassa PA
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
**Phone:** 813-224-0431
**Fax:** 813-229-8712
**Email:** csaba@wfclaw.com

**Defendant's Attorney(s):**

Kimberly Isner Monticello ( Stone-Mart Marble & Travertine Group, LLC)
Monticello Law Firm PA
2202 N Westshore Blvd, Suite 200
Tampa, Florida 33607
**Phone:** 813-367-3677
**Fax:** 855-767-5734
**Email:** kmonticello@monticellolawfirm.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 2. Removed From State Court

    **State Removal County:** Hillsborough County

    **State Removal Case Number:** 17-CA-002652

**Nature of Suit:** 710 Fair Labor Standards Act

**Cause of Action:** Violation of the Fair Labor Standards Act, 29 U.S.C. 201, et.seq.

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Kimberly Isner Monticello

**Date:** 4-25-17

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.